UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>    *Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

## ENTRY OF APPEARANCE

To:   The Honorable Karen Mitchell, Clerk of Court
      United States District Court
      205 SE 5th Avenue, Room 133
      Amarillo, TX 79101-1559

Please formally enter my appearance in the above-styled matter on behalf of Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, Tennessee Firearms Association, Virginia Citizens Defense League and Jeffrey W. Tormey.

Respectfully submitted, this the 1st of May 2024.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

NDTX#: 102784MS
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
Attorney for Plaintiffs