# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas, et al.
Plaintiff

v.

Bureau of Alcohol, Tobacco, Firearms,.. et al.,
Defendant

2:24-cv-00089-z
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs the State of Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable. Plaintiff, State of Texas, is a governmental entity

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

State of Texas, State of Louisiana, State of Mississippi, State of Utah, Jeffrey W. Tormey, Gun Owners of America, Inc., Gun Owners Foundation, Tennessee Firearms Association, and Virginia Citizens Defense League, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, Merrick Garland, in his official capacity as Attorney General of the United States, and Steven M. Dettelbach, in his official capacity of Director of ATF

| | |
|---|---|
| Date: | May 1, 2024 |
| Signature: | /s/ Kathleen T. Hunker |
| Print Name: | Kathleen T. Hunker |
| Bar Number: | 24118415 |
| Address: | P.O Box 12548, Capitol Station |
| City, State, Zip: | Austin, Texas 78711-2528 |
| Telephone: | 512-463-2100 |
| Fax: | 512-457-4410 |
| E-Mail: | kathleen.hunker@oag.texas.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons