**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **STATE OF TEXAS, et al.** § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **BUREAU OF ALCOHOL, TOBACCO,** § <br> **FIREARMS AND EXPLOSIVES, et al.,** § <br> *Defendants.* § | CIVIL ACTION NO. 2:24-CV-00089-Z |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTION FOR TEMPORARY RESTRAINING AND/OR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request permission for their Motion for Preliminary Injunction and/or Temporary Restraining Order to exceed the page limit by 22 pages, making the combined filing 47 pages. Plaintiffs' motion raises complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court. They seek this enlargement for good cause and in the interest of justice. Defendants have not indicated whether or not they oppose this motion.

Date: May 2, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

**LYNN FITCH**
Attorney General of Mississippi

*/s/Justin L. Matheny*
**JUSTIN L. MATHENY** (MS Bar 100754)
Deputy Solicitor General
**OFFICE OF THE ATTORNEY GENERAL**
P.O Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

**COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI**

Respectfully submitted.

*/s/Garrrett Greene*
**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217

**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
garrett.greene@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**ELIZABETH B. MURRILL**
Attorney General

*/s/J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA***
Solicitor General

**LOUISIANA DEPARTMENT OF JUSTICE**
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF THE STATE OF LOUISIANA**
*Admission To NDTX Pending

| | |
|---|---|
| **SEAN D. REYES**<br>Utah Attorney General<br><br>*/S/ Andrew Dymek*<br>**ANDREW DYMEK\***<br>Assistant Solicitor General<br><br>**UTAH OFFICE OF THE ATTORNEY GENERAL**<br>350 North State Street, #230<br>P.O. Box 142320<br>Salt Lake City, Ut 84114-2320<br>Tel.: 801-366-0533<br>adymek@agutah.gov<br><br>**COUNSEL FOR PLAINTIFF STATE OF UTAH**<br>\*Admission To NDTX Pending | */s/ Stephen D. Stamboulieh*<br>**STEPHEN D. STAMBOULIEH**<br><br>**STAMBOULIEH LAW, PLLC**<br>NDTX#: 102784MS<br>MS Bar No. 102784<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br><br>**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |
| */s/ John I. Harris III\**<br>**JOHN I. HARRIS III (TN # 12099)**<br><br>**SCHULMAN, LEROY & BENNETT PC**<br>3310 West End Avenue, Suite 460<br>Nashville, Tennessee 37203<br>(615) 244 6670 Ext. 111<br>Fax (615) 254-5407<br>jharris@slblawfirm.com<br><br>**COUNSEL for JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE**<br>\*Admission to NDTX pending | */s/ Brandon W. Barnett*<br>**BRANDON W. BARNETT**<br>Texas Bar No. 24053088<br><br>**BARNETT HOWARD & WILLIAMS PLLC**<br>930 W. 1st St., Suite 202<br>Fort Worth, Texas 76102<br>817-993-9249 (T)<br>817-697-4388 (F)<br>barnett@bhwlawfirm.com<br><br>**LOCAL COUNSEL, COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |

**Certificate of Conference**

Opposing counsel has not yet entered an appearance in this matter. Thus, they are not able to indicate if they are opposed or unopposed to the motion.

*/s/ Garrett Greene*
Garrett Greene

**Certificate of Service**

On May 2, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record. Opposing counsel has not yet entered an appearance in this matter. When they do, they will have access to the documents filed and served through the Court's CM/ECF system.

*/s/ Garrett Greene*
Garrett Greene