## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:24-CV-00089-Z** |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES, et al.,** | § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFFS'
## MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiffs' Motion for Leave to Exceed the Page Limit for their Motion for A Temporary Restraining Order and/or Preliminary Injunction. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Exceed Page Limits is hereby **GRANTED.**

SIGNED on this the _____ day of _____

_____
Hon. Matthew J.  Kacsmaryk