IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> Defendants. | 2:24-CV-089-Z |

## ORDER

Before the Court is Plaintiffs' Motion to Be Relieved, In Part, From LR 83.10 ("Motion") (ECF No. 3), filed May 1, 2024. The Motion is brought by Plaintiffs Gun Owners of America, Inc. ("GOA"), Gun Owners Foundation ("GOF"), Tennessee Firearms Association ("TFA"), Virginia Citizens Defense League ("VCDL") and Jeffrey W. Tormey ("Tormey"). They request "to be relieved from the requirement of LR 83.10 to have local counsel who lives within 50 miles of the courthouse in the division which the case is pending." *Id.* at 1. Their desired counsel, Brandon W. Barnett, "maintains his office at 930 W. 1st St., Suite 202, Fort Worth, Texas 76102[.]" *Id.*

Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion. Plaintiffs GOA, GOF, TFA, VCDL, and Tormey may proceed with local counsel whose residence or principal office is not "located within 50 miles of the courthouse in the division which the case is pending" for purposes of Local Rule 83.10.

**SO ORDERED**.

May 6, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE