IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> Defendants. | 2:24-CV-089-Z |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to Exceed the Page Limit for Their Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") (ECF No. 7), filed May 2, 2024. Specifically, Plaintiffs request permission "to exceed the page limit by 22 pages, making the combined filing 47 pages." *Id.* at 1. In support, Plaintiffs argue that their motion raises "complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court." *Id.*

Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED.**

May 6, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE