# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00089-Z |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy S.B. Newman, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. As an attorney appearing on behalf of the U.S. Department of Justice, Mr. Newman is permitted to appear in this Court pursuant to LR 83.11. Please direct all communication regarding this case to Mr. Newman's contact information listed below.

|  |  |
|---|---|
| DATED: May 7, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Jeremy S.B. Newman*<br>JEREMY S.B. NEWMAN (Mass. Bar #688968)<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 532-3114<br>Fax: (202) 616-8470<br>Email:  jeremy.s.newman@usdoj.gov<br><br>*Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

On May 7, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*