UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>    *Defendants*. | CIVIL ACTION NO.2:24-CV-00089-Z |

**PROPOSED ORDER**

Before the Court is Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction against the challenged rule (*"Definition of 'Engaged in the Business' as a Dealer in Firearms"*, 89 Fed. Reg. 28,968). Having considered the pleadings, arguments of counsel, and the applicable law, Plaintiffs' motion is **GRANTED.**

IT IS ORDERED, pending further order of the Court, that the challenged rule's effective date is postponed under 5 U.S.C. § 705.

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk