# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,** | § § § § § § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00089-Z |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND,** in his official capacity as Attorney General of the United States, *and* **STEVEN M. DETTELBACH,** in his official capacity as Director of ATF, | § § § § § § § § § | |
| *Defendants*. | § § | |

## UNOPPOSED MOTION TO SET EXPEDITED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF AND NOTICE OF AVAILABILITY FOR HEARING

Plaintiffs move under Fed. R. Civ.P. 6 to set a briefing schedule on their motion for preliminary relief from Defendant ATF's April 20, 2024 rule entitled *"Definition of 'Engaged in the Business' as a Dealer in Firearms"*, 89 Fed. Reg. 28,968 ("Final Rule").

The Final Rule becomes effective on May 20, 2024. Plaintiff thus moved this Court to enter preliminary relief from the Final Rule during the pendency of these proceedings on May 2, 2024. *See* ECF No 16.

Plaintiffs have conferred with counsel for Defendants regarding a briefing schedule for the

response and reply to Plaintiffs' motion for preliminary relief. Counsel for Defendants have advised that they do not oppose the following briefing schedule:

| Filing | Proposed Deadline |
|---|---|
| Defendants' opposition to Plaintiffs' motion for preliminary relief. | **May 14, 2024 by 5:00 p.m. central time** |
| Plaintiffs' reply in support of their motion for preliminary relief. | **May 15, 2024 by 5:00 p.m. central time** |

Plaintiffs also wish to advise the Court that the parties are available for a hearing on Plaintiffs' motion for preliminary relief on the morning of **May 16** subject to the Court's availability.[1]

Therefore, Plaintiffs respectfully request that the Court issue an order granting entry of this proposed briefing schedule.

---

[1] Counsel for Defendants also represent the federal government in another lawsuit challenging the Final Rule, *Kansas v. Garland*, 2:24-cv-88 (E.D. Ark.).  In *Kansas v. Garland*, the parties have jointly advised the court of their availability for a hearing in person in Little Rock, Arkansas, on May 17 regarding the plaintiffs' motion for a preliminary injunction in that case.  *See* Unopposed Motion to Set Briefing Schedule on Plaintiffs' Motion for Preliminary Relief and Notice of Availability for Hearing, *Kansas*, ECF No. 22.  Holding the hearing in this case on the morning of May 16 would ensure that counsel for Defendants are also able to attend a hearing in *Kansas* on May 17, if the court schedules such a hearing.

Date: May 10, 2024

Respectfully submitted.

**KEN PAXTON**
Attorney General

*/s/Garrrett Greene*
**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**KATHLEEN HUNKER**
Special Counsel
Tex. State Bar No. 24118415

**RYAN D. WALTERS**
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
garrett.greene@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**LYNN FITCH**
Attorney General of Mississippi

**ELIZABETH B. MURRILL**
Attorney General

*/s/Justin L. Matheny*
**JUSTIN L. MATHENY** (MS Bar 100754)
Deputy Solictor General
**OFFICE OF THE ATTORNEY GENERAL**
P.O Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

**J. BENJAMIN AGUIÑAGA**
Solicitor General

**LOUISIANA DEPARTMENT OF JUSTICE**
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF THE STATE OF LOUISIANA**
*Admission To NDTX Pending

**COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI**

<table>
<tr><td>

SEAN D. REYES
Utah Attorney General

/S/ Andrew Dymek
ANDREW DYMEK
Assistant Solicitor General*

UTAH OFFICE OF THE ATTORNEY GENERAL
350 North State Street, #230
P.O. Box 142320
Salt Lake City, Ut 84114-2320
Tel.: 801-366-0533
adymek@agutah.gov

COUNSEL FOR PLAINTIFF STATE OF UTAH
*Admission To Ndtx Pending

</td><td>

/s/ Stephen D. Stamboulieh
STEPHEN D. STAMBOULIEH

STAMBOULIEH LAW, PLLC
NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

COUNSEL FOR JEFFERY W. TORMEY, GUN
OWNERS OF AMERICA, GUN OWNERS
FOUNDATION, TENNESSEE FIREARMS
ASSOCIATION, AND VIRGINIA CITIZENS
DEFENSE LEAGUE

</td></tr>
<tr><td>

/s/ John I. Harris III*
JOHN I. HARRIS III (TN # 12099)

SCHULMAN, LEROY & BENNETT PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com

COUNSEL FOR JEFFERY W. TORMEY, GUN
OWNERS OF AMERICA, GUN OWNERS
FOUNDATION, TENNESSEE FIREARMS
ASSOCIATION, AND VIRGINIA CITIZENS
DEFENSE LEAGUE
*Admission to NDTX pending

</td><td>

/s/ Brandon W. Barnett
BRANDON W. BARNETT
Texas Bar No. 24053088

BARNETT HOWARD & WILLIAMS PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
barnett@bhwlawfirm.com

LOCAL COUNSEL FOR COUNSEL FOR JEFFERY
W. TORMEY, GUN OWNERS OF AMERICA, GUN
OWNERS FOUNDATION, TENNESSEE FIREARMS
ASSOCIATION, AND VIRGINIA CITIZENS
DEFENSE LEAGUE

</td></tr>
</table>

**CERTIFICATE OF CONFERENCE**

   I hereby certify that on May 10, 2024, I conferred with Jeremy S.B. Newman counsel for Defendants, via video conference regarding this Motion. Defendants do not oppose this motion.

              */s/ Garrett Greene*
              Garrett Greene

**CERTIFICATE OF SERVICE**

   I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 10, 2024 and that all counsel of record were served by CM/ECF.

              */s/ Garrett Greene*
              Garrett Greene