UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>*Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>*Defendants*. | CIVIL ACTION NO.2:24-CV-00089-Z |

**PROPOSED ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE**

The Court **GRANTS** the Motion. The briefing schedule for this matter will be as follows:

Defendants will file their opposition to Plaintiffs' motion for preliminary relief by no later than **May 14, 2024, by 5:00 p.m. central time.**

Plaintiffs will file their reply in support of their motion for preliminary relief by no later than **May 15, 2024, by 5:00 p.m**. **central time.**

A hearing on Plaintiffs' motion for preliminary relief is set for May \_\_\_\_, 2024 at \_\_\_\_a.m.

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk