IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES *et al.*,

    Defendants.

2:24-CV-89-Z

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Set Expedited Briefing Schedule on their Motion for Preliminary Relief ("Motion") (ECF No. 17), filed May 10, 2024. Plaintiffs seek relief from Defendant ATF's April 20, 2024 Final Rule, which goes into effect on May 20, 2024. ECF No. 17 at 1; *see* 89 Fed. Red. 28,968.

The Court accordingly **GRANTS** the Motion for expedited briefing. *See generally* FED. R. CIV. P. 6. The parties are therefore **ORDERED** to comply with the following briefing requirements:

| Filing | Deadline |
|---|---|
| Defendants' opposition to Plaintiffs' motion for preliminary relief | **Tuesday, May 14, 2024 at 5:00 p.m. (CDT)** |
| Plaintiffs' reply in support of their motion for preliminary relief | **Wednesday, May 15, 2024 at 5:00 p.m. (CDT)** |

**SO ORDERED.**

May 10, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE