# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00089-Z |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Defendants respectfully move for leave to exceed the page limit on their opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, ECF No. 16 (TRO/PI Motion), and file an opposition brief of up to fifty-five (55) pages. The Court granted Plaintiffs' motion to file a 47-page TRO/PI Motion, given that (as Plaintiffs noted) the TRO/PI Motion raised "complex issues in a case of national importance." ECFs No. 7, 13. An opposition brief of up to 55 pages is necessary to address Plaintiffs' arguments adequately and address issues of standing and scope of relief. Plaintiffs' counsel have indicated that Plaintiffs do not oppose this motion. Because Defendants' opposition brief is due Tuesday, May 14, at 5 PM CT, Defendants request expedited ruling on this motion. For the foregoing reasons, the Court should grant this motion and enter an order giving Defendants leave to submit an opposition to the TRO/PI Motion of up to 55 pages.

DATED: May 12, 2024	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN (Mass. Bar #688968)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

On May 12, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*

## **CERTIFICATE OF CONFERENCE**

On May 10, 2024, I conferred with Plaintiffs' counsel Garrett Greene and Kathleen Hunker by videoconference. Plaintiffs' counsel indicated that Plaintiffs do not oppose this motion.

*/s/ Jeremy S.B. Newman*