UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-00089-Z |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Before the Court is Defendants' Unopposed Motion for Leave to Exceed the Page Limit for Their Opposition to Plaintiffs' Motion to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction.  Defendants seek leave to file an opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, ECF No. 16 (TRO/PI Motion), of up to fifty-five (55) pages.  The Court previously granted Plaintiffs' motion to file a 47-page TRO/PI Motion.  ECF No. 13.  Defendants argue that filing an opposition brief of up to 55 pages is necessary to address Plaintiffs' arguments adequately and address issues of standing and scope of relief.  Plaintiffs' counsel do not oppose this Motion.

Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED**.

May __, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE