IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

    Plaintiffs,

v.                                                                         2:24-CV-89-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES *et al.*,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limits ("Motion") (ECF No. 19), filed May 12, 2024. Defendants "respectfully move for leave to exceed the page limit . . . and file an opposition brief of up to fifty-five (55) pages." ECF No. 19 at 1. "Plaintiffs' counsel ha[s] indicated that Plaintiffs do not oppose this motion." *Id.*

The Motion is **GRANTED**, as there are "extraordinary and compelling reasons" to extend the parties' page limits. Local Rule 7.2(c). Defendants are therefore **ORDERED** to not exceed fifty-five (55) pages in length in their response brief. *See id.* (stating that response briefs are not to exceed 25 pages in length).

**SO ORDERED**.

May 13, 2024

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE