IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

2:24-CV-089-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

      Defendants.

**ORDER**

On May 10, 2024, the parties notified this Court that they are "available for a hearing on Plaintiffs' motion for preliminary relief on the morning of May 16[.]" ECF No. 17 at 2. As such, this Court hereby **ORDERS** the parties to appear for a hearing at **11:00 a.m. (CDT) on Thursday, May 16, 2024**. The hearing will take place in the **first-floor courtroom** of the H. Marvin Jones Federal Building and Mary Lou Robinson United States Courthouse, located at **205 Southeast 5th Avenue, Amarillo, Texas 79101-1559**.

Plaintiffs are allocated 45 minutes for oral argument and may reserve time for rebuttal. The Court will recess for fifteen minutes to allow Defendants to reconfigure the courtroom as necessary. Defendants are allocated 45 minutes for oral argument, with no rebuttal time reserved. Plaintiffs will then follow with any rebuttal time reserved. Time allocations include responses to questions posed by the Court.

Plaintiffs and Defendants shall determine how much time will be allocated among each individual party and each attorney. But parties should sequence attorney time to avoid alternating counsel at the microphone. Parties should be prepared to discuss, explain, and argue any issue raised by the briefing, including but not limited to:

- whether the Rule — and in particular, its presumptions concerning "engaged in business" and "predominantly earn profit" — constitutes arbitrary and capricious agency action;

- whether the Rule contravenes the 2022 Bipartisan Safer Communities Act;

- how the Rule interacts with the safe harbor provisions found in Section 921(a)(21)(C);

- the constitutionality of the Rule, including but not limited to the Second and Fourth Amendments, as well as separation of powers concerns;

- Plaintiffs' alleged irreparable harm if the Rule takes effect;

- the balance of equities and the public interest regarding the requested relief.

Attorneys of record will need their bar card to enter the courthouse with any electronic devices — *e.g.*, cell phones, laptops, etc. Counsel must also provide business cards for the Court Reporter. For ease of reference, when citing parts of the record, parties should use the ECF page numbering system at the top of the page, which may or may not correspond to the original pagination at the bottom of the page. Finally, parties and counsel shall submit IT support requests to the Courtroom Deputy **on or before 11:00 a.m. (CDT) on Wednesday, May 15, 2024**.

**SO ORDERED**.

May _13_, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2