# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | Case No. 2:24-cv-00089-Z |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Zachary W. Sherwood, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. As an attorney appearing on behalf of the U.S. Department of Justice, Mr. Sherwood is permitted to appear in this Court pursuant to LR 83.11. Please direct all communication regarding this case to Mr. Sherwood's contact information listed below.

DATED: May 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

On May 14, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zachary W. Sherwood*