UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.<br><br>   *Plaintiffs*,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, ET AL.<br><br>   *Defendants* | Case No. 2:24-CV-00089-Z |

**[PROPOSED] ORDER**

Upon consideration of the motion of Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety for leave to file a proposed brief as *amici curiae*,

**IT IS HEREBY ORDERED** that the motion is granted and the amicus brief is accepted for filing.

_____          _____
DATE                                                    Matthew J. Kacsmaryk
                                                              U.S. District Court Judge

1