UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.<br><br>   *Plaintiffs*,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.<br><br>   *Defendants* | Case No. 2:24-CV-00089-Z |

**MOTION OF PROSPECTIVE AMICI CURIAE BRADY CENTER TO PREVENT GUN VIOLENCE, MARCH FOR OUR LIVES, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY TO PREVENT GUN VIOLENCE TO WAIVE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 83.10**

Non-party and prospective amici curiae, through undersigned counsel and pursuant to N.D. Texas L.R. 83.10(a), respectfully move this Court for leave to waive that rule's requirement to obtain local counsel who resides or has a principal office within 50 miles of the courthouse. In support, prospective Amici state:

1. Prospective Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence. Along with this motion, Amici are also filing a motion for leave to file a brief as amici curiae (with a proposed brief) to provide information not brought to the Court's attention by the parties to this case.

2. Given Amici's minimal involvement in the case, local counsel would be unnecessary and good cause exists for a waiver from Local Rule 83.10(a)'s requirements. The Court has granted similar motions on behalf of amici in at least two other recent suits. *See Alliance for Hippocratic Medicine v. U.S. Food & Drug Admin*, 2:22-cv-0223-Z, ECF 94 and *State of Utah et al. v. Walsh et al.*, 2:23-cv-00016-Z, ECF 87.

3. Pursuant to Local Rule 7.1(a), counsel for prospective amici curiae has conferred with counsel for plaintiffs and defendants. Neither Plaintiffs nor Defendants oppose this motion to waive the local counsel requirement.

4. A proposed order is attached.

## CONCLUSION

Amici curiae requests that the Court grant leave to waive the local counsel requirement.

Dated: May 14, 2024

Respectfully submitted,

/s/ John Graubert

John Graubert\*
Jocelyn Jezierny\*

COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6302
jgraubert@cov.com
jjezierny@cov.com

*\*Admission Pro Hac Vice Pending
Counsel for Brady Center to
Prevent Gun Violence, March for
Our Lives, Giffords Law Center to
Prevent Gun Violence, and
Everytown for Gun Safety*

**CERTIFICATE OF CONFERENCE (Local Rule 7.1)**

Counsel for movant conferred via email with counsel for plaintiffs. Counsel for plaintiffs do not oppose this motion for permission to waive the local counsel requirement.

Counsel for movant also conferred via email with counsel for defendants, who confirmed that defendants do not oppose this motion.

Dated: May 14, 2024

/s/ John Graubert

John Graubert

**CERTIFICATE OF SERVICE**

   I hereby certify that, on May 14, 2024, I caused the foregoing document to be filed with the Clerk of the Court of the United States District Court for the Northern District of Texas using the Court's CM/ECF system.

                      /s/ John Graubert

                       John Graubert