UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

STATE OF TEXAS, ET AL.

   *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.

   *Defendants*

Case No. 2:24-CV-00089-Z

**[PROPOSED] ORDER GRANTING MOTION OF BRADY CENTER TO PREVENT GUN VIOLENCE, MARCH FOR OUR LIVES, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY TO WAIVE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 83.10**

Upon consideration of the motion of Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety for leave to proceed without local counsel,

**IT IS HEREBY ORDERED** that the motion is granted and Amici Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety are excused from the requirement of Local Rule 83.10 to obtain local counsel.

_____      _____

DATE                                              Matthew J. Kacsmaryk

                                                             U.S. District Court Judge