**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**Via Electronic Mail**                                                             May 14, 2024

Karen Mitchell, Clerk of Court
United States District Court - Northern District of Texas
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

**Re:  State of Texas, et al. v. Bureau of Alcohol Tobacco Firearms
and Explosives, et al., Case No. 2:24:cv-00089-z**

Dear Ms. Mitchell:

Today we are electronically filing the following documents in the above captioned matter:

- Application for Admission Pro Hac Vice for John Graubert & Proposed Order

- Application for Admission Pro Hac Vice for Jocelyn Jezierny & Proposed Order

- Motion for Leave to File a Brief as Amici Curiae In Support of Defendants & Proposed Order

- Motion to Prospective Amici Curiae to Waive Local Counsel Requirement of Local Rule 83.10 & Proposed Order

Please let us know if you have any questions about these filings.

Sincerely,

/s/ John Graubert

John Graubert