IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **STATE OF TEXAS, et al.**, Plaintiff(s), v. **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.**, Defendant(s). | Civil Action No. 2:24-cv-00089-z |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

        Respectfully submitted,

        */s/ John D. Graubert*

        John D. Graubert\*
        Jocelyn G. Jezierny\*
        COVINGTON & BURLING LLP
        850 Tenth Street NW
        Washington, DC 20001
        T: (202) 662-6000
        F: (202) 778-6000
        JGraubert@cov.com
        JJezierny@cov.com

        *\*Admission Pro Hac Vice Pending*

        *Counsel for Amici Curiae Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety*

May 14, 2024

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on May 14, 2024, I caused the foregoing document to be filed with the Clerk of the Court of the United States District Court for the Northern District of Texas using the Court's CM/ECF system.

                                         */s/ John Graubert*
                                         John Graubert