IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                                                              2:24-CV-089-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

    Defendants.

## ORDER

Before the Court is the Brady Center's ("Brady") Motion for Leave to File a Brief as *Amici Curiae* ("Motion") (ECF No. 27), and Plaintiffs' Response ("Response") (ECF No. 34).

"[T]he Court has discretion to consider 'amicus' briefing where the proffered information is timely and useful or otherwise necessary to the administration of justice." *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014). Here, "[a]mici are among the Nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence." ECF No. 27 at 1. And they have "extensive experience in studying how federal firearms regulations . . . affect public safety." *Id.* at 2.

Having reviewed the briefing, the Court **GRANTS** the Motion. Simultaneously, the Court **GRANTS** Brady's applications for admission *Pro Hac Vice* (ECF Nos. 22, 26) and its motion to proceed without local counsel (ECF No. 28).

**SO ORDERED**.

May 15, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE