UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al. § | |
|    *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00089-Z |
| § | |
| BUREAU OF ALCOHOL, TOBACCO, § | |
| FIREARMS AND EXPLOSIVES, et al., § | |
|    *Defendants*. § | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR REPLY IN SUPPORT FOR THEIR MOTION FOR TEMPORARY RESTRAINING AND/OR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request permission for their Motion for Preliminary Injunction and/or Temporary Restraining Order to exceed the page limit by 14 pages, making the combined filing <u>24</u> pages. Plaintiffs' reply responds to Defendants' opposition, which involves complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately respond. They seek this enlargement for good cause and in the interest of justice. Defendants have not indicated whether they oppose this motion.

| | |
|---|---|
| Date: May 15, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | */s/Garrrett Greene*<br>**GARRETT GREENE**<br>Special Counsel<br>Texas Bar No. 24096217 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>garrett.greene@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |
| | **COUNSEL FOR PLAINTIFF STATE OF TEXAS** |
| **LYNN FITCH**<br>Attorney General of Mississippi | **ELIZABETH B. MURRILL**<br>Attorney General |
| */s/Justin L. Matheny*<br>**JUSTIN L. MATHENY** (MS Bar 100754)<br>Deputy Solicitor General<br>**OFFICE OF THE ATTORNEY GENERAL**<br>P.O Box 220<br>Jackson, MS 39205-0220<br>Tel: (601) 359-3680<br>Fax: (601) 359-2003<br>justin.matheny@ago.ms.gov | */s/J. Benjamin Aguiñaga*<br>**J. BENJAMIN AGUIÑAGA\***<br>Solicitor General<br><br>**LOUISIANA DEPARTMENT OF JUSTICE**<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70802<br>Tel: (225) 506-3746<br>aguinagab@ag.louisiana.gov |
| **COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI** | **COUNSEL FOR PLAINTIFF THE STATE OF LOUISIANA**<br>\*Admission To NDTX Pending |

| | |
|---|---|
| **SEAN D. REYES**<br>Utah Attorney General<br><br>*/S/ Andrew Dymek*<br>**ANDREW DYMEK\***<br>Assistant Solicitor General<br><br>**UTAH OFFICE OF THE ATTORNEY GENERAL**<br>350 North State Street, #230<br>P.O. Box 142320<br>Salt Lake City, Ut 84114-2320<br>Tel.: 801-366-0533<br>adymek@agutah.gov<br><br>**COUNSEL FOR PLAINTIFF STATE OF UTAH**<br>\*Admission To NDTX Pending | */s/ Stephen D. Stamboulieh*<br>**STEPHEN D. STAMBOULIEH**<br><br>**STAMBOULIEH LAW, PLLC**<br>NDTX#: 102784MS<br>MS Bar No. 102784<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br><br>**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |
| */s/ John I. Harris III\**<br>**JOHN I. HARRIS III (TN # 12099)**<br><br>**SCHULMAN, LEROY & BENNETT PC**<br>3310 West End Avenue, Suite 460<br>Nashville, Tennessee 37203<br>(615) 244 6670 Ext. 111<br>Fax (615) 254-5407<br>jharris@slblawfirm.com<br><br>**COUNSEL for JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE**<br>\*Admission to NDTX pending | */s/ Brandon W. Barnett*<br>**BRANDON W. BARNETT**<br>Texas Bar No. 24053088<br><br>**BARNETT HOWARD & WILLIAMS PLLC**<br>930 W. 1st St., Suite 202<br>Fort Worth, Texas 76102<br>817-993-9249 (T)<br>817-697-4388 (F)<br>barnett@bhwlawfirm.com<br><br>**LOCAL COUNSEL, COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |

**Certificate of Conference**

On May 15, 2024, I emailed all opposing counsel of record, but as of this filing they have not stated whether or not they are opposed.

*/s/ Garrett Greene*
Garrett Greene

**Certificate of Service**

On May 15, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Garrett Greene*
Garrett Greene