# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **STATE OF TEXAS, et al.** § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **BUREAU OF ALCOHOL, TOBACCO,** § <br> **FIREARMS AND EXPLOSIVES, et al.,** § <br> *Defendants.* § | CIVIL ACTION NO. 2:24-CV-00089-Z |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiffs' Motion for Leave to Exceed the Page Limit for their Reply in support of their Motion for A Temporary Restraining Order and/or Preliminary Injunction. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Exceed Page Limits is hereby **GRANTED** and that Plaintiff's Reply is deemed filed on the signing of this order.

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk