# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,** *Plaintiffs*, v. **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND,** in his official capacity as Attorney General of the United States, *and* **STEVEN M. DETTELBACH,** in his official capacity as Director of ATF, *Defendants*. | CIVIL ACTION NO.2:24-CV-00089-Z |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs respectfully request that the Court grant them leave to file, *nunc pro tunc*, their Reply in Support of the Motion for Temporary Restraining Order and/or Preliminary Injunction. (Dkt. No. 37). In support of their request, Plaintiffs show:

1. Because of Final Rule's abbreviated effective date, the Parties agreed to an expedited briefing schedule, which the Court adopted. *See* Dkt No. 18. Under this schedule, Plaintiffs' reply brief was due at 5:00 pm May 15, 2024—exactly 24 hours after Defendants submitted their response. .

1

2. Plaintiffs worked diligently to prepare, within the short turnaround, their 24-page Reply in Support of the Motion for Temporary Restraining Order and/or Preliminary Injunction. However, due to disruptions related to counsel traveling to Amarillo, Texas, for the May 16, 2024 hearing, the brief was filed at 5:33 pm.

3. Plaintiffs do not seek this extension of time for the purposes of delay. The reply was filed only 30 minutes after the deadline, so the Parties should still have time to read and prepare any arguments in advance of the hearing.

4. None of the Parties are prejudiced by the delay. *See* Pioneer Inv. Services Co. v. Brunswick Associates Ltd. P'ship, 507 U.S. 380, 397 (1993) ("[T]he lack of any prejudice to [other parties] or to the interests of efficient judicial administration, combined with the good faith of respondents and their counsel, weigh strongly in favor of permitting the tardy claim.").

| | |
|---|---|
| Date: May 15, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | */s/Garrrett Greene*<br>**GARRETT GREENE**<br>Special Counsel<br>Texas Bar No. 24096217 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **KATHLEEN HUNKER**<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>garrett.greene@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |
| | **COUNSEL FOR PLAINTIFF STATE OF TEXAS** |
| **LYNN FITCH**<br>Attorney General of Mississippi | **ELIZABETH B. MURRILL**<br>Attorney General |
| */s/Justin L. Matheny*<br>**JUSTIN L. MATHENY** (MS Bar 100754)<br>Deputy Solictor General<br>**OFFICE OF THE ATTORNEY GENERAL**<br>P.O Box 220<br>Jackson, MS 39205-0220<br>Tel: (601) 359-3680<br>Fax: (601) 359-2003<br>justin.matheny@ago.ms.gov | **J. BENJAMIN AGUIÑAGA**<br>Solicitor General<br><br>**LOUISIANA DEPARTMENT OF JUSTICE**<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70802<br>Tel: (225) 506-3746<br>aguinagab@ag.louisiana.gov |
| **COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI** | **COUNSEL FOR PLAINTIFF THE STATE OF LOUISIANA**<br>*Admission To NDTX Pending |

3

| | |
|---|---|
| **SEAN D. REYES**<br>Utah Attorney General<br><br>*/S/ Andrew Dymek*<br>**ANDREW DYMEK**<br>Assistant Solicitor General\*<br><br>**UTAH OFFICE OF THE ATTORNEY GENERAL**<br>350 North State Street, #230<br>P.O. Box 142320<br>Salt Lake City, Ut 84114-2320<br>Tel.: 801-366-0533<br>adymek@agutah.gov<br><br>**COUNSEL FOR PLAINTIFF STATE OF UTAH**<br>\*Admission To Ndtx Pending | */s/ Stephen D. Stamboulieh*<br>**STEPHEN D. STAMBOULIEH**<br><br>**STAMBOULIEH LAW, PLLC**<br>NDTX#: 102784MS<br>MS Bar No. 102784<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br><br>**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |
| */s/ John I. Harris III\**<br>**JOHN I. HARRIS III (TN # 12099)**<br><br>**SCHULMAN, LEROY & BENNETT PC**<br>3310 West End Avenue, Suite 460<br>Nashville, Tennessee 37203<br>(615) 244 6670 Ext. 111<br>Fax (615) 254-5407<br>jharris@slblawfirm.com<br><br>**COUNSEL for JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE**<br>\*Admission to NDTX pending | */s/ Brandon W. Barnett*<br>**BRANDON W. BARNETT**<br>Texas Bar No. 24053088<br><br>**BARNETT HOWARD & WILLIAMS PLLC**<br>930 W. 1st St., Suite 202<br>Fort Worth, Texas 76102<br>817-993-9249 (T)<br>817-697-4388 (F)<br>barnett@bhwlawfirm.com<br><br>**LOCAL COUNSEL FOR COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 15, 2024, I conferred with counsel for Plaintiffs, via email regarding this Motion. Plaintiffs do not oppose the requested extension.

*/s/ Garrett Greene*
Garrett Greene

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 15, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Garrett Greene*
Garrett Greene