**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **STATE OF TEXAS, et al.** § | |
| *Plaintiffs*, § | |
| v. § § | CIVIL ACTION NO. 2:24-CV-00089-Z |
| **BUREAU OF ALCOHOL, TOBACCO,** § | |
| **FIREARMS AND EXPLOSIVES, et al.,** § | |
| *Defendants*. § | |

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE OUT OF TIME**

On this date, the Court considered Plaintiffs' Motion for Leave to File Out of Time for their Reply in support of their Motion for A Temporary Restraining Order and/or Preliminary Injunction. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File Out of Time is hereby **GRANTED.**

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk