IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, <br><br> Defendants. | 2:24-CV-89-Z |

## ORDER

Pursuant to this Court's prior Memorandum Opinion and Order (ECF No. 43), *all* Plaintiffs are **ORDERED** to **INDIVIDUALLY** submit supplemental briefing explaining and evidencing their basis for standing **on or before June 2, 2024**. Said supplemental briefing may not exceed ten (10) pages and must otherwise comply with Local Rule 7.2(c).

**SO ORDERED**.

May 19, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE