IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                                                                      2:24-CV-089-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

    Defendants.

# ORDER

Before the Court are Plaintiffs' Motions for Leave to File to Exceed the Page Limit and for Leave to File Out of Time ("Motions") (ECF Nos. 38–39), both filed on May 15, 2024. Having reviewed the Motions, the Court **GRANTS** the Motions.

**SO ORDERED**.

May 23, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE