# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE<br>*Plaintiff*<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, and STEVEN M. DETTELBACH, in his official capacity as Director of ATF<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-CV-00089-Z |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     Bureau of Alcohol Tobacco Firearms and Explosives


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Office of the Attorney General of Texas-Special Litigation Division , Jessica Yvarra

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-CV-00089-Z

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Alcohol Tobacco Firearms and Explosives was received by me on *(date)* May 3, 2024, 2:33 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stacy Doucet, Legal Administrative Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* Bureau of Alcohol Tobacco Firearms and Explosives on *(date)* Tue, May 07 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.

I declare under penalty of perjury that this information is true.

Date: 05/23/2024

*Server's signature*

Michael Hernandez SPC 4593

*Printed name and title*

4425 W AIRPORT FWY., SUITE 352, IRVING, TX 75062

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 7, 2024, 2:22 pm CDT at United States Attorney for the Northern District of Texas : 1100 Commerce Street, Dallas, TX 75242 received by Bureau of Alcohol Tobacco Firearms and Explosives Accepted by Stacy Doucet, Legal Administrative Assistant. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'8"; Hair: Red; Eyes: Blue; Other:
Served to Stacy Doucet, Legal Administrative Assistant