# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, and STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br><br>*Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Kelsey L. Smith hereby enters her appearance in this matter as counsel on behalf of plaintiff the State of Louisiana and requests that she be served with all future pleadings, orders, and other papers in this matter consistent with Fed. R. Civ. P. 5.

                Respectfully submitted,

                LIZ MURRILL
                 ATTORNEY GENERAL OF LOUISIANA

                By:*/s/ Kelsey L. Smith*
                KELSEY L. SMITH (TX #24117070)
                 Deputy Solicitor General

        LOUISIANA DEPT. OF JUSTICE
        1885 N. Third Street
        Baton Rouge, Louisiana 70802
        Tel: (225) 428-7432
        SmithKel@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 29th day of May, 2024.

                                            */s/ Kelsey L. Smith*
                                            Kelsey L. Smith