

# BELT-FED BRIEF

VOL 01

## VICTORY: GOA, GOF SECURE TRO AGAINST NEW MEXICO CARRY BAN

Washington, D.C. — This afternoon in U.S. District Court, Gun Owners of America (GOA) and the Gun Owners Foundation (GOF) secured a Temporary Restraining Order against New Mexico Governor Michelle Lujan Grisham's gross and egregious violation of the U.S. Constitution through her "public health order" to unlawfully ban the carrying of firearms in Albuquerque.

GOA and GOF immediately field suit in response to this tyrannical action from the Governor.

Judge David Urias, who was appointed by President Biden, issued his ruling from the bench. Erich Pratt, GOA's Senior Vice President, issued the following statement:

"We are ecstatic that Judge Urias agreed with us that Governor Grisham simply can't trash the Constitution whenever she sees fit. Gun Owners of America will continue pressing to extend this Temporary Restraining Order into a permanent order. And we will not rest until all those in New Mexico who played a role in this action are held accountable for this gross assault on our rights."

## BULLET POINTS

GOF is kicking off the celebration of its 40th anniversary by launching a new educational show, Bullet Points!

"*Bullet Points*" is not just a show; its an experience designed to empower and educate. GOF's commitment to the Second Amendment is stronger today than ever. It is vital that Second Amendment history and education not be delegated to legacy media, and this show is a testament to GOF's dedication to not only the Second Amendment but also to equipping the American gun owners.



The mission of Gun Owners Foundation (GOF) is to educate and litigate in order to preserve and restore the Text, History & Tradition of the Second Amendment.

GOF is the sister organization to Gun Owners of America (GOA) and was founded by late California State Senator H.L. Richardson. For 40 years GOF has focused on the text, history, and tradition of the Second Amendment. Through its litigation program, GOF has worked to protect and restore the Second Amendment in courts by filing dozens of cases and hundreds of amicus briefs dealing with the issues facing the Second Amendment. GOF also has educational programs such as GOF's Student Program 2A Defenders and a new show called, "*Bullet Points*" with Dan Wos.



Exhibit 1



## OREGON COURT REFUSES TO OVERTURN ORDER BLOCKING GUN MEASURE

BY MARK HEINZ | APRIL 20, 2023

PORTLAND, Ore. (AP) -- The Oregon Supreme Court has again refused to overturn a lower court ruling blocking a voter-approved gun measure from taking effect.

In a ruling Thursday, the high court concluded it would be inappropriate to get involved while the matter is still being addressed in trial court [in a case brought by Gun Owners Foundation]. The measure remains blocked pending a hearing on its constitutionality.

## GOF VICTORY: ATF BACKS DOWN ON LICENSE REVOCATION FOR NORTH DAKOTA GUN STORE WHO HAD FILED SUIT

A gun store was facing the loss of its license due to minor paperwork errors, which under the new Biden "Zero Tolerance" policy, was grounds for revocation.

Previous ATF policy dictated that warnings and required corrective action were appropriate measures for first-time errors, and only after that could license revocation proceedings be initiated if improvement was not demonstrated.

It has become quite obvious to the average individual that the ATF conducted the "random" inspection of Bridge City Ordnance right after the company joined GOA and GOF in a separate lawsuit challenging the ATF's Ghost Gun Frame and Receiver Rule last summer.

> "The ATF kicked a hornet's nest when they thought they could send a message to gun dealers who dared to challenge their illegal actions in court. In response, GOA and GOF stepped in, and we made clear they were about to engage in a losing battle. We are thrilled for Bridge City Ordnance and hope this encourages ATF to revisit their 'zero tolerance' policy."
> -Erich Pratt, Senior Vice President

### GOA AND GOF CHALLENGE TENNESSEE ANTI-GUN STATUTE IN COURT

BY WALTER SOMOLSKI | FEBRUARY 17, 2023

Washington, D.C. – Gun Owners of America (GOA) and the Gun Owners Foundation (GOF) filed a lawsuit in Tennessee state court challenging the state's current statutory prohibition on carrying firearms for self-defense in public parks and other public recreation areas.

While Tennessee passed permitless carry in 2021, residents still could face prosecution due to a statute that makes it a crime for "any citizen to carry any firearm with the intent to go armed." The repeal of this law, or overturning of it in the courts, would fully restore the rights of Tennesseans under the Second Amendment.

SAM PAREDES, ON BEHALF OF THE BOARD OF DIRECTORS FOR GOF ADDED:

> "Frustratingly, even in solid pro-gun states like Tennessee, people looking to carry arms for self-defense risk prosecution due to a portion of the state code that should have been updated when permitless carry was passed two years ago. Instead, we now have to challenge provisions of the code in the courts due to the failure of the legislature."



### GUN RIGHTS GROUP SUES BIDEN DOJ OVER UNCONSTITUTIONAL WAITING PERIOD FOR ADULTS UNDER 21

BY CHRIS PANDOLFO | MAY 12, 2023

GOA and its sister organization the Gun Owners Foundation (GOF) argue in the lawsuit that because local and state agencies are not always equipped to provide these records in a timely manner, several young gun purchasers with no criminal records are forced to wait for indefinite periods of time before their request to buy a gun is approved by NICS.

The group says two of its members who are plaintiffs in the case were delayed from purchasing a firearm despite having no criminal or mental health records.



# GOF DEFEATS NEW YORKS CCIA

SYRACUSE, New York -- Gun Owners of America (GOA) and Gun Owners Foundation won again in New York State. Judge Glenn Suddaby temporarily suspended the Concealed Carry Improvement Act (CCIA) law that New York State had implemented after the landmark *Bruen* Supreme Court decision. After the CCIA added even more restrictions to the New York concealed carry laws, Gun Owners of America immediately took this law to court.



After 8 days of freedom for NY concealed carry permit holders, gun owners were dealt another blow by the anti-gun establishment. This unconstitutional decision is in direct opposition to the *Bruen* ruling, and GOF and Gun Owners of America will continue this fight all the way to SCOTUS.





This unconstitutional law is in direct opposition to the *Bruen* decision, and GOF and Gun Owners of America will continue this fight all the way to SCOTUS.

## GOA, GOF & TEXAS ATTORNEY GENERAL FILE SUIT AGAINST ATF PISTOL BRACE RULE

BY WALTER SOMOLSKI | FEBRUARY 9, 2023

This new rule, which took effect on January 31st of this year, will force Americans to register or destroy their approximately 40 million lawfully owned braced firearms within 120 days, or face possible felony charges.



## FEDERAL JUDGE BLOCKS ATF PISTOL BRACE RULE FOR MAJOR GUN GROUP

BY TYLER DURDEN | JUNE 2, 2023

On Thursday, Joe Biden planned to enact the largest gun ban in U.S. history—a ban on up to 40,000,000 pistols. But at the eleventh hour, the executive order gun ban was gutted by three federal courts.

After a months-long legal battle with the federal government, Gun Owners of America [and Gun Owners Foundation] secured one such preliminary injunction in *Texas/GOA v. ATF*, preventing the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) from prosecuting any GOA members under this new rule.

# EMPOWERING THE NEXT GENERATION: 2A DEFENDERS VITAL MISSION



**BY COURTNEY PARKER**

As staunch supporters of the Second Amendment, we know the importance of preserving our constitutional rights. Yet, beyond safeguarding our freedoms today, we must also look to the future. It's crucial to reach out to the next generation of young leaders and instill in them the value of the Second Amendment.

The Second Amendment is not just a set of words on parchment; it's a foundation of our republic. It empowers individuals to protect themselves and their loved ones and acts as a check against government overreach. But for this legacy to endure, we must nurture a new generation of 2A advocates.

Young leaders bring fresh perspectives, energy, and the potential to influence change. By engaging with them, we ensure the continuation of our constitutional rights. Here's why this mission is so vital:

**Preserving Tradition:** The Second Amendment is a cornerstone of American history and culture. Passing this heritage to young leaders ensures it remains a proud part of our national identity.

**Educating the Misinformed:** Misconceptions about the Second Amendment abound. By mentoring young leaders, we can help correct misunderstandings and foster informed debates.

The anti-gun left may believe that they have won the college campus. They may think that their echo chamber is too strong for us, but they only win if we stay silent.
And that's why our 2A Defenders will not be silenced.



Photo from the Students for Liberty Event in SC



2A Defenders has launched its first-ever show, *Shots Fired*. This show is designed with the upcoming generation in mind as we debunk anti-gun arguments, respond to controversy on campus, and provide a fun approach to Second Amendment education.



"As a college student, it is imperative that we fight for the Second Amendment.

The anti-gun left has an echo-chamber on college campuses, but that won't remain as long as we have programs like 2A Defenders and shows like Shots Fired."
 - Nico Gonzalez, Co-Host Shots Fired

*Shots Fired* has a new episode launching every Thursday!

## Board of Directors & Senior Staff

**President**
Tim Macy

**Executive Vice President**
John Velleco

**Senior Vice President**
Erich Pratt

**Board Member**
Sam Paredes

**Director of Development & Marketing**
Kailey Nieman

**Director of Student Outreach**
Courtney Parker



gunowners.com    723-321-8585    @gunfoundation