## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

     Plaintiffs,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

     Defendants.

Case No. 2:24-cv-00089-Z

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEFING ON STANDING**

Before the Court is Defendants' Motion for Leave to File a Response to Plaintiffs' Supplemental Briefing on Standing.  The Court ordered Plaintiffs to file supplemental briefing on standing by June 2, 2024, *see* ECF No. 45, and Defendants seek leave to file a response to that supplemental briefing by June 7, 2024.  Having reviewed the Motion and relevant law, the Court **GRANTS** the Motion.  Defendants are **ORDERED** to submit a response to Plaintiffs' supplemental briefing on standing **on or before June 7, 2024.**

     **SO ORDERED.**

June __, 2024

                             _____

                             MATTHEW J. KACSMARYK
                             UNITED STATES DISTRICT JUDGE