IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.   2:24-CV-089-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

    Defendants.

## ORDER

Before the Court is Defendants' Motion for Leave to File a Response to Plaintiffs' Supplemental Briefing on Standing ("Motion") (ECF No. 58), filed May 31, 2024. Per the Motion, "Defendants request leave to file a response by June 7, 2024," and "Plaintiffs . . . believe that, given Defendants' request, an extension of the Court's temporary restraining order . . . is warranted in order to provide the Court enough time to review Defendants' response." *Id.*

Having reviewed the Motion, the Court **GRANTS** the Motion. As such, Defendants shall respond to Plaintiffs' supplemental briefing on standing **on or before June 7, 2024**. Likewise, the relief tailored in this Court's Memorandum Opinion and Order (ECF No. 44), shall be extended fourteen (14) days **through June 16, 2024**.

**SO ORDERED**.

May 31, 2024

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE