UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>  *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>  *Defendants*. | CIVIL ACTION NO.2:24-CV-00089-Z |

**PLAINTIFF TEXAS' OPPOSED MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEFING ON STANDING**

Plaintiff Texas moves for leave to file a reply to Defendants' response which was filed on June 6, 2024. ECF No. 66. Texas' reply is attached to this motion as **Exhibit A.** Specifically, Plaintiff Texas moves to file a reply not to exceed six (6) pages. The parties have conferred and Defendants oppose this motion.[1]

---

[1] Defendants were granted a motion for leave to file a response to Plaintiffs' supplemental briefing on standing over no opposition from Plaintiffs, even though the Court's order granting leave did "not address whether Defendants would be given an opportunity to respond." ECF No. 58 at 2; *see also* ECF No. 45; ECF No. 60.

1

As Defendants have previously noted, the determination of standing in this case is "especially critical" given the "complex issues. . . of national importance" raised here. ECF no. 58 (quoting ECF no. 38).

As a plaintiff, Texas bears the burden of showing standing. *Barber v. Bryant*, 860 F.3d 345, 352 (5th Cir. 2017). Texas believes a brief reply addressing cases cited for the first time in Defendants' response, ECF No. 66, would allow it to fairly shoulder this burden. Also, Texas believes that this reply would further the parties' and the Court's shared interest in ensuring that the standing issues in this case are thoroughly presented in the most efficient manner for purposes of resolving Plaintiffs' motion for preliminary relief.

Date: June 10, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

Respectfully submitted.

*/s/Garrrett Greene*
**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217

**KATHLEEN HUNKER**
Special Counsel
Tex. State Bar No. 24118415

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
garrett.greene@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

### CERTIFICATE OF CONFERENCE

I hereby certify that on June 10, 2024, I conferred with Zachary Shewrood counsel for Defendants, via email regarding this Motion. Defendants state that: "Defendants oppose the proposed motion for leave. So far, Plaintiffs have submitted three rounds of briefing on the motion for preliminary injunction, compared to two for Defendants. A fourth round of briefing for Plaintiffs is not necessary or appropriate in our view."

*/s/ Garrett Greene*
Garrett Greene

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 10, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Garrett Greene*
Garrett Greene