UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* § <br>    *Plaintiffs*, § <br> v. § <br> § <br> BUREAU OF ALCOHOL, TOBACCO, § <br> FIREARMS AND EXPLOSIVES, *et al.* § <br>    *Defendants.* § | CIVIL ACTION NO. 2:24-CV-00089-Z |

### ORDER GRANTING PLAINTIFF TEXAS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEFING ON STANDING

On this date, the Court considered Plaintiff Texas' Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Supplemental Briefing on Standing ("Motion"). After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Texas' Motion is hereby **GRANTED**. Plaintiff Texas' reply brief not to exceed six (6) pages ("Exhibit A") is deemed **FILED** as of the signing of this order.

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk