UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00089-Z |

## INDIVIDUAL AND ORGANIZATIONAL PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEFING ON STANDING

**COMES NOW,** the Individual and Organizational Plaintiffs, by and through counsel of record, and files this, their Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Supplemental Briefing on Standing. These Plaintiffs' proposed Reply is attached to this Motion as Exhibit A. Specifically, these Plaintiffs move to file a Reply not to exceed seven (7) pages.[1] The parties have conferred, and Defendants oppose the relief requested in this Motion.

---

[1] Defendants were granted leave to file a response to all Plaintiffs' supplemental briefing on standing.

1

As Defendants raised several arguments on Plaintiffs' standing, Plaintiffs need an opportunity to rebut these arguments via reply. And allowing these Plaintiffs to file the attached proposed Reply is within this Court's discretion. *See Ga. Firefighters' Pension Fund v. Anadarko Petro. Corp*., 2024 U.S. App. LEXIS 10092 (5th Cir. Apr. 25, 2024) ("the decision to allow a sur-reply lies within the district court's discretion." (citation omitted). As such, these Plaintiffs request leave to file the attached Reply.

Respectfully submitted,

Dated: June 11, 2024

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
E-mail: stephen@sdslaw.us

John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on June 11, 2024, I conferred with Zachary Sherwood via email regarding the relief requested in this Motion. Defendants stated the following: "As with the State Plaintiffs, the individual and organizational plaintiffs have submitted three rounds of briefing on the motion for preliminary injunction, compared to two for Defendants, and a fourth round of briefing (i.e., your proposed reply) is not necessary or appropriate in our view."

## **CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which caused a Notice of Electronic Filing and copy of this document or pleading to be delivered to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh