IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

      Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES *et al.*,

      Defendants.

2:24-CV-89-Z

## ORDER

Before the Court is Plaintiff Texas's Opposed Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Supplemental Briefing on Standing ("Texas's Motion") (ECF No. 67), and the Individual and Organizational Plaintiffs' Motion for Leave to File Reply to Defendants' Response ("Organizations' Motion") (ECF No. 68).

On May 19, 2024, the Court ordered Plaintiffs to submit supplemental briefing on standing. ECF No. 45. Defendants responded to that supplemental briefing on June 7, 2024. ECF No. 66. Plaintiffs now move to reply to Defendants' response.

Having reviewed Texas's Motion and the Organizations' Motion, the Court **DENIES** both. The Court is satisfied that its current briefing is sufficient to resolve the standing analysis at this stage of litigation.

      **SO ORDERED**.

      June 11, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE