IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-89-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Plaintiff Utah's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 71). Andrew Dymek is an attorney with the Office of the Utah Attorney General. *Id.* at 1. He represents that he has read — and will comply with — both *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for this District.

Moreover, given the multi-State nature of this litigation, the Court hereby waives the Local Counsel requirement for attorneys appearing on behalf of current Plaintiff States. As such, the Application is **GRANTED**.

**SO ORDERED**.

June 27, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE