# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00089-Z |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's June 11, 2024 Memorandum Opinion and Order, ECF No. 70.

|  |  |
|---|---|
| DATED: July 2, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Zachary W. Sherwood*<br>ZACHARY W. SHERWOOD<br>(IN Bar No. 37147-49)<br>JEREMY S.B. NEWMAN<br>KERI L. BERMAN<br>Trial Attorneys<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 616-8467<br>Fax: (202) 616-8470<br>Email:  zachary.w.sherwood@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

On July 2, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney
U.S. Department of Justice
