UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>    *Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

## JOINT MOTION TO ENTER A SCHEDULING ORDER

**COME NOW** the Parties, by and through counsel of record, and file this, their Joint Motion to Enter a Scheduling Order, and would show unto the Court the following:

Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on May 1, 2024. ECF #1. Plaintiffs then filed their Motion for Temporary Restraining Order and/or Preliminary Injunction on May 2, 2024. ECF #7-2. After a hearing on Plaintiffs' Motion, this Court entered its Memorandum Opinion and Order, granting in part Plaintiffs' Motion. ECF #44. After additional briefing from the Parties, this Court granted Plaintiffs' Motion for a Preliminary Injunction, enjoining the Defendants from enforcing the regulations contained in the Final Rule,

"Definition of 'Engaged in the Business' as a Dealer in Firearms," against Plaintiffs only. ECF #70. Defendants filed their Notice of Appeal of that Order on July 2, 2024 (ECF #73) and subsequently filed their Answer on July 8, 2024. ECF #74.

Since that time, the Parties have conferred on an agreed scheduling order, and file the instant Motion to request that this Court enter the following dates to control the remainder of this litigation:

- Administrative record to be filed on or before September 17, 2024;
- Plaintiffs' motion for summary judgment to be filed on or before October 22, 2024;
- Defendants' opposition and cross-motion for summary judgment to be filed on or before November 26, 2024;
- Plaintiffs' opposition and reply to be filed on or before December 17, 2024; and
- Defendants' reply to be filed on or before January 7, 2025.

A Proposed Order is attached.

Respectfully submitted,

Dated: July 23, 2024

        Brandon W. Barnett
        Texas Bar No. 24053088
        Barnett Howard & Williams PLLC
        930 W. 1st St., Suite 202
        Fort Worth, Texas 76102
        817-993-9249 (T)
        817-697-4388 (F)
        E-mail: barnett@bhwlawfirm.com

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

(601) 852-3440
E-mail: stephen@sdslaw.us

John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
(IN Bar No. 37147-49)
JEREMY S.B. NEWMAN
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email:  zachary.w.sherwood@usdoj.gov

*Attorneys for Defendants*

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General | */s/Garrett Greene*<br>**GARRETT GREENE**<br>Special Counsel<br>Texas Bar No. 24096217 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **KATHLEEN HUNKER**<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>garrett.greene@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

Elizabeth B. Murrill
Attorney General

**Lynn Fitch**
Attorney General of Mississippi

*/s/Kelsey L. Smith*
**KELSEY L. SMITH**
*Deputy Solicitor General*
Texas Bar No. 24117070

*/s/Justin L. Matheny*
**Justin L. Matheny** (MS Bar 100754)
Deputy Solicitor General
**Office of the Attorney General**
P.O Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

**Louisiana Department of Justice**
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov

**Counsel for Plaintiff State of Mississippi**

**Counsel For Plaintiff the State of Louisiana**
**\***Admission To NDTX Pending

**Sean D. Reyes**
Utah Attorney General

*/S/ Andrew Dymek*
**Andrew Dymek\***
Assistant Solicitor General

**Utah Office Of The Attorney General**
350 North State Street, #230

4

P.O. Box 142320
Salt Lake City, Ut 84114-2320
Tel.: 801-366-0533
adymek@agutah.gov

**Counsel For Plaintiff State Of Utah**
**\***Admission To NDTX Pending

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 3, 8, and 18, 2024, I conferred with Zachary Sherwood via email regarding the relief requested in this Motion and Defendants agree with the relief requested herein.

## CERTIFICATE OF SERVICE

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which caused a Notice of Electronic Filing and copy of this document or pleading to be delivered to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh