IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES *et al.*,

    Defendants.

2:24-CV-89-Z

# ORDER

Before the Court is the Parties' Joint Motion to Enter a Scheduling Order ("Motion") (ECF No. 77), filed July 23, 2024. The Court **ADOPTS** and **ENTERS** the following dates:

| | |
|---|---|
| Administrative record to be filed on or before: | September 17, 2024 |
| Plaintiffs' motion for summary judgment to be filed on or before: | October 22, 2024 |
| Defendants' opposition and cross-motion for summary judgment to be filed on or before: | November 26, 2024 |
| Plaintiffs' opposition and reply to be filed on or before: | December 17, 2024 |
| Defendants' reply to be filed on or before: | January 7, 2025 |

**SO ORDERED**.

July 25, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE