UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00089-Z |

**DEFENDANTS' NOTICE OF CONVENTIONAL
FILING OF CERTIFIED ADMINISTRATIVE RECORD**

Please take notice that Defendants have conventionally filed with the Clerk of Court a certified copy of the Administrative Record in this case, together with the Index of the Administrative Record, by sending an electronic drive containing the Administrative Record to the Clerk of Court and the chambers of Judge Kacsmaryk. The Certification of the Administrative Record is attached as an exhibit hereto. The Administrative Record has not been filed electronically because its contents are more than 15,000 pages in length. Defendants have served a true and correct copy of the certified Administrative Record via overnight mail to Plaintiffs in this action.

| | |
|---|---|
| DATED: September 17, 2024 | Respectfully submitted, |

                                                BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KERI L. BERMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On September 17, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*