

**U.S. Department of Justice**

Civil Division

---

Federal Programs Branch                                                   Washington, D.C. 20530

September 17, 2024

<u>VIA FEDERAL EXPRESS</u>
Clerk of Court
U.S. District Court for the Northern District of Texas
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

*SEP 18 2024 AM 11:48*
*FILED – USDC – NDTX – AM*

      Re: *State of Texas et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, No. 2:24-cv-00089-Z

Dear Clerk of Court:

Please find enclosed a thumb drive containing the certified administrative record in the above-captioned case, which must be traditionally filed because it is more than 15,000 pages in length. Please file the attached document as part of the record in the above-captioned case. Also enclosed is an index to the administrative record, as well as an agency declaration certifying the record.

Although it is not required by the Local Rules, I have filed a notice today via ECF in the above-captioned case explaining that the administrative record in this case is being filed conventionally.

Copies of all these documents are also being sent to counsel for the parties and to Judge Kacsmaryk's chambers (via Federal Express).

Thank you for your attention to this matter. If you have any questions, please don't hesitate to call me at (202) 532-3114.

Sincerely yours,

                                       /s/ Jeremy S.B. Newman
                                       Jeremy S.B. Newman
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, N.W.
                                       Washington, D.C. 20005




