UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, *and* VIRGINIA CITIZENS DEFENSE LEAGUE,<br>　　*Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>　　*Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

### **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**COME NOW,** the State of Texas, the State of Louisiana, the State of Mississippi, the State of Utah, Jeffrey W. Tormey, Gun Owners of America, Inc., Gun Owners Foundation, Tennessee Firearms Association, and Virginia Citizens Defense League (collectively "Plaintiffs") and move for an Order granting its Motion for Summary Judgment on Counts I, II, III, IV, V, VI, and VII of their Complaint (ECF #1), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.3.

1

This motion is supported by Plaintiffs' Memorandum in Support of their Motion for Summary Judgment, which sets forth the argument and authorities on which Plaintiffs rely and contain the matters required by Local Rule 56.3.

Date: October 22, 2024

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Respectfully submitted.

*/s/Garrett Greene*
**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217

**KATHLEEN HUNKER**
Special Counsel
Texas Bar No. 24118415

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2100
garrett.greene@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

LYNN FITCH
Attorney General of Mississippi

*/s/Justin L. Matheny*
**JUSTIN L. MATHENY**
Deputy Solicitor General
MS Bar No. 100754
OFFICE OF THE ATTORNEY GENERAL
P.O Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
justin.matheny@ago.ms.gov

**COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI**

LIZ MURRILL
Attorney General of Louisiana

*/s/ Kelsey L. Smith*
**KELSEY L. SMITH**
Deputy Solicitor General
Texas Bar No. 24117070
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Telephone: (225) 428-7432
smithkel@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

| | |
|---|---|
| SEAN D. REYES<br>Utah Attorney General<br><br>*/s/ Andrew Dymek*<br>**ANDREW DYMEK**<br>Assistant Solicitor General\*<br><br>UTAH OFFICE OF THE ATTORNEY GENERAL<br>Office of the Utah Attorney General<br>160 East 300 South, Fifth Floor<br>Salt Lake City, Utah 84114-2320<br>Telephone: (801) 366-0533<br>adymek@agutah.gov<br><br>**COUNSEL FOR PLAINTIFF STATE OF UTAH** | STAMBOULIEH LAW, PLLC<br><br>*/s/ Stephen D. Stamboulieh*<br>**STEPHEN D. STAMBOULIEH**<br>NDTX#: 102784MS<br>Mississippi Bar No. 102784<br>P.O. Box 428<br>Olive Branch, Mississippi 38654<br>Telephone: (601) 852-3440<br>stephen@sdslaw.us<br><br>**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |
| SCHULMAN, LEROY & BENNETT PC<br><br>*/s/ John I. Harris III*<br>**JOHN I. HARRIS III**<br>Tennessee Bar No. 12099<br>3310 West End Avenue, Suite 460<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-6670 Ext. 111<br>Facsimile: (615) 254-5407<br>jharris@slblawfirm.com<br><br>**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** | BARNETT HOWARD & WILLIAMS PLLC<br><br>*/s/ Brandon W. Barnett*<br>**BRANDON W. BARNETT**<br>Texas Bar No. 24053088<br>930 W. 1st St., Suite 202<br>Fort Worth, Texas 76102<br>Telephone: (817) 993-9249<br>Facsimile: (817) 697-4388<br>barnett@bhwlawfirm.com<br><br>**LOCAL COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 22, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Garrett Greene*
Garrett Greene