UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, *and* VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States, *and* STEVEN M. DETTELBACH, in his official capacity as Director of ATF,<br>    *Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

### [PROPOSED] ORDER GRANTING PLAITNIFFS' MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Summary Judgment against the challenged final rule: 89 Fed. Reg. 28,968. The Court having considered the pleadings, arguments of counsel, and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court finds the ATFs' Final Rule is unlawful, and it is therefore permanently enjoined nationwide, vacated, and set aside under 5 U.S.C. § 706.

**SO ORDERED.**

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk

1