UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00089-Z |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR COMBINED BRIEF IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' Unopposed Motion for Leave to Exceed the Page Limit for Their Combined Brief in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. Defendants seek leave to file a Combined Brief in Support of Defendants' Cross-motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment of up to sixty-five (65) pages. Defendants argue that filing a Combined Brief of up to 65 pages is necessary to fully set forth Defendants' arguments on standing and the merits and respond fully to Plaintiffs' arguments. Plaintiffs do not oppose this Motion.

Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED**.

November __, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE