IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                                                                    2:24-CV-89-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

    Defendants.

## ORDER

Before the Court is Movant Twenty-one Members of Congress's Unopposed Motion for Leave to File Amicus Curiae Brief on Behalf of 21 Members of Congress ("Motion") (ECF No. 84). The Motion has satisfied this Court's local rules requirement and is therefore **GRANTED**. *See* N.D. Tex. Loc. R. 7.2(b) ("An amicus brief may not be filed without leave of the presiding judge. The brief must specifically set forth the interest of the amicus curiae in the outcome of the litigation.").

**SO ORDERED**.

November 15, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE