IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-89-Z |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limits ("Motion") (ECF No. 85), filed November 15, 2024. It is **GRANTED**. Defendants' combined brief in opposition to Plaintiffs' Motion for Summary Judgment with their cross-motion for summary judgment shall not exceed 65 pages. That combined brief is due November 26, 2024. ECF No. 79.

**SO ORDERED**.

November 18, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE