UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, and VIRGINIA CITIZENS DEFENSE LEAGUE,<br>    *Plaintiffs*,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br>    *Defendants*. | CIVIL ACTION NO. 2:24-CV-00089-Z |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Stay and Plaintiffs' Response in Opposition.

Having considered the pleadings and the applicable law, Defendants' Motion for Stay is **DENIED.**

SO ORDERED on this the _____ day of _____, 2025

_____
Hon. Matthew J. Kacsmaryk