UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>     Defendants. | Case No. 2:24-cv-00089-Z |

**[PROPOSED] ORDER**

Upon consideration of the Proposed Intervenors' Motion to Intervene, the motion is **DENIED**.

**SO ORDERED.**

Dated:_____

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE