UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

  Plaintiffs,

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

  Defendants.

Case No. 2:24-cv-00089-Z

## STATUS REPORT AND MOTION TO CONTINUE ABEYANCE

On April 25, 2025, this Court entered an order placing this case in abeyance until June 23, 2025, matching an order of the Fifth Circuit placing the interlocutory appeal in this case in abeyance until June 23, 2025. Order, ECF No. 150, at 1-2. On July 1, 2025, after the Fifth Circuit had extended the abeyance of the interlocutory appeal, this Court entered a further order abeying this case through August 22, 2025, "[t]o continue aligning the instant case with the status of Defendants' appeal." Order, ECF No. 154, at 1. The court also invited Defendants to file status reports. *Id.* at 1. Defendants hereby file a status report and move to place this case into abeyance through October 21, 2025, to align this case with an abeyance order recently issued by the Fifth Circuit in the interlocutory appeal.

As Defendants disclosed in a prior notice, on April 7, 2025, the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a press release announcing that DOJ and ATF will conduct a "comprehensive" review of the Rule under review in this case. *See* Notice, ECF No. 148 (citing ATF Press Release, *DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules*, https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules (Apr. 7, 2025)). Defendants can now advise that ATF is currently preparing a notice of proposed rulemaking on the same subject as the Engaged in the Business Rule under review in this case.

On August 22, 2025, Defendants filed a Status Report and Motion for Continued Abeyance in the interlocutory appeal in this case, asking the Fifth Circuit to keep the appeal in abeyance for an additional 60 days. *See* Status Report and Motion for Continued Abeyance, *State of Texas v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 24-10612 (5th Cir. Aug. 22, 2025). On August 30, 2025, the Fifth Circuit issued an order granting that motion over the opposition of some of the Plaintiffs, and "continu[ing] the abeyance for an additional 60 days, or to and including October 21, 2025." Order, *Texas*, No. 24-10612 (5th Cir. Aug. 30, 2025).

Given the ongoing review of the Rule, which now includes a notice of proposed rulemaking in progress, and the Fifth Circuit's continued abeyance of the appeal, Defendants respectfully request that the Court continue the abeyance of this case, such that the case will be in abeyance through October 21, 2025. Plaintiffs oppose the relief requested in this Motion.

DATED: September 3, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ANDREW I. WARDEN
                                            Assistant Director
                                            Federal Programs Branch

                                            */s/ Jeremy S.B. Newman*
                                            JEREMY S.B. NEWMAN
                                            KERI L. BERMAN
                                            ZACHARY W. SHERWOOD
                                            Trial Attorney
                                            Civil Division, Federal Programs Branch
                                            U.S. Department of Justice
                                            1100 L Street, NW
                                            Washington, DC 20005
                                            Phone: (202) 532-3114
                                            Fax: (202) 616-8470
                                            Email: jeremy.s.newman@usdoj.gov

                                            *Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 2, 2025, I conferred with Plaintiffs' counsel Kathleen Hunker on this Motion via email. Ms. Hunker indicated that Plaintiffs oppose the relief requested in this Motion.

/s/ Jeremy S.B. Newman

## CERTIFICATE OF SERVICE

On September 3, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jeremy S.B. Newman