IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | 2:24-CV-089-Z |

**ORDER**

Before the Court is Defendants' Status Report and Motion to Continue Abeyance, filed September 3, 2025. ECF No. 155. This Motion asks the Court to "place this case into abeyance through October 21, 2025." *Id.* at 1. This Motion comes after Defendants asked the Fifth Circuit to keep the appeal in abeyance for an additional 60 days. *See* Status Report and Motion for Continued Abeyance, *State of Tex. v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 24-10612 (5th Cir. Aug. 22, 2025). On August 30, 2025, the Fifth Circuit granted the motion—this continued the abeyance through October 21, 2025. Order, *Texas*, No. 24-10612 (5th Cir. Aug. 30, 2025).

To continue aligning the instant case with the status of Defendants' appeal, the Court **GRANTS** Defendants' Motion and **ABEYS** this case for an additional 60 days, to and including **October 21, 2025**. As before, Defendants are permitted to file status reports.

**SO ORDERED.**

September 3, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE