# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 13, 2026

Lyle W. Cayce
Clerk

————————

No. 24-10612

————————

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF
MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN
OWNERS OF AMERICA, INCORPORATED; GUN OWNERS
FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA
CITIZENS DEFENSE LEAGUE,

*Plaintiffs—Appellees*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES;
UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI,
*U.S. Attorney General*; DANIEL DRISCOLL, *Acting Director, U.S. Bureau
of Alcohol, Tobacco, Firearms, and Explosives*,

*Defendants—Appellants*.

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-89

————————————————————————

ORDER:

IT IS ORDERED that Appellants' opposed motion to extend the
stay of proceedings in this case for 60 days, or to and including February 20,
2026, is DENIED.

No. 24-10612

_____

KURT D. ENGELHARDT
*United States Circuit Judge*

2