IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

                                      2:24-CV-089-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

      Defendants.

**ORDER**

This case recently returned to this Court from the United States Court of Appeals for the Fifth Circuit. ECF No. 169. The parties are therefore **ORDERED** to file a joint status report about the status of this litigation. This report may not exceed five double-spaced pages and must be filed **no later than fourteen days from the date of this Order**.

      **SO ORDERED**.

April 24, 2026

                                       MATTHEW J. KACSMARYK
                                       UNITED STATES DISTRICT JUDGE