UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00089-Z |

**JOINT STATUS REPORT**

### I.    Introduction

On April 19, 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") promulgated a Final Rule, entitled "Definition of 'Engaged in the Business' as a Dealer in Firearms", 89 Fed. Reg. 28968 (Apr. 19, 2024) (the "Rule"). Plaintiffs, a group of four states, three organizations, and one individual, filed a suit to enjoin enforcement of the Rule, on May 5, 2024, ECF No. 1, and filed a motion for a temporary restraining order on May 9, 2024, ECF No. 16. The Court granted Plaintiffs' motion as to certain Plaintiffs on May 19, 2024, ECF No. 44, and ordered additional briefing on the standing of each Plaintiff, ECF No. 45. On June 11, 2024, the Court granted a preliminary injunction to all Plaintiffs, ECF No. 70. That preliminary injunction remains in force.

Following the imposition of the preliminary injunction, Defendants filed an interlocutory appeal of the preliminary injunction, ECF No. 73, which Defendants later moved to stay (initially without objection from Texas) in light of the President's Executive Order concerning Second Amendment Rights. *See Texas v. ATF*, No. 24-10612, Dkt. 120. Beginning on October 22, 2024, the parties briefed cross-motions for summary judgment in this Court. ECF Nos. 82-83; 89-90; 91-95.

1

Summary judgment briefing was completed on January 7, 2025. *See* ECF No. 95. On April 25, 2025, the Court held this case in abeyance to align with an abeyance order entered by the Fifth Circuit in the interlocutory appeal, ECF No. 50, which abeyance was continued on July 1, 2025, ECF No. 154, September 3, 2025, ECF No. 156, and November 4, 2025, ECF No. 164.  This Court's stay expired on December 22, 2025.

On April 16, 2026, Defendants dismissed their interlocutory appeal. *See* ECF No. 169. On April 24, 2026, this Court ordered the filing of the instant status report. ECF No. 70. On May 6, 2026, ATF published a Notice of Proposed Rulemaking (NPRM), "Revising Regulations Defining 'Engaged in the Business' as a Dealer in Firearms," 91 Fed. Reg. 24424 (May 6, 2026), Exhibit 1, proposing a rule that would change the Rule under review in this case.

## II.    The Parties' Positions

Defendants' position, which Defendants intend to raise in a forthcoming motion, is that in light of the NPRM, this case should be stayed pending completion of the rulemaking process.[1] Plaintiffs oppose a stay, for a number of reasons. Plaintiffs' position is that the Court should deny the forthcoming stay motion and then proceed with resolution of the parties' fully briefed cross-motions for summary judgment.

Because it would be difficult for the parties to present their full arguments for and against a stay in this joint status report capped at five pages, the parties agree that it is appropriate for Defendants to file a separate Motion to Stay, and for the parties to brief and the Court to resolve that motion. The parties jointly propose the following briefing schedule for Defendants' Motion to Stay.

      a.    Defendants' Motion to Stay: May 15, 2026

---

[1] For avoidance of doubt, the stay Defendants seek would not apply to enforcement of the preliminary injunction.

b.  Plaintiffs' Opposition to Motion to Stay: May 22, 2026

c.  Defendants' Reply in Support of Their Motion to Stay: May 29, 2026

Defendants agree with Plaintiffs that if the Court denies the forthcoming Motion to Stay, the appropriate next step is for the Court to resolve the pending cross-motions for summary judgment.

Dated: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/Jeremy S.B. Newman*
KERI L. BERMAN
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
**STEPHEN D. STAMBOULIEH**
**STAMBOULIEH LAW, PLLC**
NDTX#: 102784MS
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

**COUNSEL FOR JEFFERY W. TORMEY, GUN OWNERS OF AMERICA, GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE**

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal

3

Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

*/s/Wade A. Johnson*
**Wade A. Johnson**
Special Counsel
Texas Bar No. 240962197
wade.johnson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
kathleen.hunker@oag.texas.gov
garrett.greene@oag.texas.gov

COUNSEL FOR PLAINTIFF STATE OF TEXAS

**SEAN D. REYES**
Utah Attorney General
*/S/ Andrew Dymek*
**ANDREW DYMEK**
Assistant Solicitor General

UTAH OFFICE OF THE ATTORNEY GENERAL
350 North State Street, #230
P.O. Box 142320
Salt Lake City, Ut 84114-2320
Tel.: 801-366-0533
adymek@agutah.gov

COUNSEL FOR PLAINTIFF STATE OF UTAH

**LIZ MURRILL**
ATTORNEY GENERAL OF LOUISIANA

*/s/ Kelsey L. Smith*
**KELSEY L. SMITH**
*Deputy Solicitor General*
Texas Bar No. 24117070
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804

(225) 428-7432
smithkel@ag.louisiana.gov
*Counsel for State of Louisiana*

COUNSEL FOR PLAINTIFF STATE OF LOUISIANA

**LYNN FITCH**
Attorney General of Mississippi

*/s/Justin L. Matheny*
**JUSTIN L. MATHENY** (MS Bar 100754)
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

COUNSEL FOR PLAINTIFF STATE OF MISSISSIPPI

4

**CERTIFICATE OF SERVICE**

On May 8, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jeremy S.B. Newman

5