IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

     Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

     Defendants.

2:24-CV-089-Z

## ORDER

Before the Court is the parties' Joint Status Report, filed May 8, 2026. ECF No. 171. The Joint Status Report notes that Defendants dismissed their interlocutory appeal on April 16, 2026, returning the case to this Court. *Id.* at 2. Three weeks later, on May 6, 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") "published a Notice of Proposed Rulemaking (NPRM), "Revising Regulations Defining 'Engaged in the Business' as a Dealer in Firearms," 91 Fed. Reg. 24424 (May 6, 2026)," which "would change the Rule under review in this case." ECF No. 171 at 2.

Defendants argue that "this case should be stayed pending completion of the rulemaking process." ECF No. 171 at 2. They accordingly intend to file a motion to stay this case. *Id.* Plaintiffs disagree: They think "the Court should deny [Defendants'] forthcoming stay motion and then proceed with resolution of the parties' fully briefed crossmotions for summary judgment." *Id.* The parties jointly propose the following briefing schedule on Defendants' forthcoming motion to stay:

- Defendants' Motion to Stay: May 15, 2026

- Plaintiffs' Brief in Opposition: May 22, 2026

- Defendants' Reply: May 29, 2026

Construing the Joint Status Report as a motion for leave to file a motion to stay and related briefing, the Court **GRANTS** it. The parties may file these briefs according to their proposed schedule.

**SO ORDERED.**

May _12_, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE