**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00089-Z |

**NOTICE OF APPEAL**

Defendants hereby respectfully provide notice of their appeal of this Court's Final Judgment, ECF No. 176, dated June 12, 2026, and Order, ECF No. 185, dated August 13, 2026, to the U.S. Court of Appeals for the Fifth Circuit. Defendants respectfully appeal the following questions:

1. Whether the plaintiffs have Article III standing;
2. Whether the district court erred in concluding that only businesses that make a profit can be "engaged in the business" of dealing firearms, and whether the district court erred in concluding that only businesses that have completed actual firearms sales are "engaged in the business" of dealing firearms;
3. Whether the district court erred in vacating the challenged ATF rule in full.

DATED: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
KERI L. BERMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*