UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF UTAH, JEFFREY W. TORMEY, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, TENNESSEE FIREARMS ASSOCIATION, AND VIRGINIA CITIZENS DEFENSE LEAGUE,<br>*Plaintiffs*,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *AND* STEVEN M. DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF ATF,<br>*Defendant.* | CIVIL ACTION NO. 2:24-CV-00089-Z |

**PLAINTIFF STATE OF TEXAS'S NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

The State of Texas submits this Notice of Appearance and designates William H. Farrell as Lead Counsel in the above-captioned matter. Mr. Farrell is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

Dated: October 9, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

MICHAEL C. COTTON
Chief, Special Litigation Division

Respectfully submitted,

*/s/ William H. Farrell*
**WILLIAM H. FARRELL**
Deputy Chief, Special Litigation Division
Texas State Bar No. 00796531
biff.farrell@oag.texas.gov

ZACHARY BERG
Special Counsel
Texas State Bar No.24107706
zachary.berg@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

**COUNSEL FOR PLAINTIFF,**
**THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on October 9, 2026, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

*/s/ William H. Farrell*
**WILLIAM H. FARRELL**
Deputy Chief, Special Litigation Division